**In the Matter of Stephen E. SOKOLIC.**

**No. 519 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 30, 2003.

## ORDER

PER CURIAM.

AND NOW, this 30th day of July, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 23, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.